UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HONEY JACK,<br>Plaintiff,<br>v.<br>TIMBERLINE VILLAGE, INC.,<br>Defendant. | CASE NO. 2:25-cv-01046-GJL<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

This matter is before the Court on the parties' Stipulated Motion and Order of Dismissal with Prejudice (Dkt. 31), seeking dismissal of this action with prejudice and without fees or costs to any party.

Having considered the Motion (Dkt. 31), the relevant record, and the stipulation of the parties, the Court hereby **ORDERS** that this case be **DISMISSED with prejudice** and **without**

//

//

//

**fees and costs to any party**. Defendant's Motion for Summary Judgment (Dkt. 27) is **DEEMED MOOT**. The Clerk of Court **SHALL CLOSE** this case.

Dated this 14th day of September, 2026.

Grady J. Leupold
United States Magistrate Judge